AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
EASTERN DISTRICT COURT
DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas

OCT 0 8 2015

JAMES W. McCORMACK, CLERK
By: _____
DLP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOSHUA GROSS | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.  4:11CR0007-02-BRW

USM No. 26256-009

Molly Sullivan
_____
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)  Standard & General _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard (2) | The defendant will report to the probation officer in a manner and frequency directed by the Court or probation officer. | 08/10/2015 |
| Standard (3) | The defendant will answer truthfully all inquiries by the probation officer and follow the instructions of the probation | 08/10/2015 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5184

Defendant's Year of Birth:    1984

City and State of Defendant's Residence: _____

10/08/2015
_____
Date of Imposition of Judgment

_____
Signature of Judge

BILLY ROY WILSON,          U.S. District Judge
_____
Name and Title of Judge

10-08-2015
_____
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page   2   of   3

DEFENDANT: JOSHUA GROSS
CASE NUMBER: 4:11CR0007-02-BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard (3) Cont. | officer. | |
| Standard (6) | The defendant will notify the probation officer ten days prior to any change in residence or employment. | 08/10/2015 |
| Standard (5) | The defendant will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons. | 08/25/2015 |
| General | Unlawful possession of a controlled substance. The defendant will submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. | 09/29/2015 |
| Standard (7) | Failure to refrain from excessive use of alcohol and purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physican. | 09/29/2015 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: JOSHUA GROSS
CASE NUMBER: 4:11CR0007-02-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

A year  and one day, with no Supervised Release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in non-residential substance abuse treatment during incarceration. The Court also recommends the defendant be designated to the institution located in Forrest City, AR or Texarkana, TX.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL